NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OYSTER OPTICS, LLC,**
*Plaintiff-Appellant*

**v.**

**ALCATEL-LUCENT USA, INC., CISCO SYSTEMS, INC.,**
*Defendants-Appellees*

---

2019-1255, 2019-1257

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 2:16-cv-01297-JRG, 2:16-cv-01301-JRG, 2:16-cv-01302-JRG, Judge J. Rodney Gilstrap.

---

**SUA SPONTE**

---

Before LOURIE, SCHALL, and CHEN, *Circuit Judges.*

PER CURIAM.

This court's Order to Show Cause of May 8, 2020, stated that, in the absence of a response by May 22, 2020, the opinion that issued under seal that same day would be unsealed. This court has not received a response from the parties. Accordingly,

2                  OYSTER OPTICS, LLC v. ALCATEL-LUCENT USA, INC.

IT IS ORDERED THAT:

The opinion issued under seal on May 8, 2020 is hereby unsealed.

FOR THE COURT

May 27, 2020                   /s/ Peter R. Marksteiner
        Date                      Peter R. Marksteiner
                                  Clerk of Court